UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVIA TRAMMEL,                                         No. C 11-00765 JCS

        Plaintiff(s),

    v.                                                              **ORDER TO SHOW CAUSE**

STRATA AUCTION LLC,

        Defendant(s).

_____/

      Pursuant to Civil L.R. 16-2, a case management conference was scheduled on May 27, 2011, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

      IT IS HEREBY ORDERED that Plaintiff appear on **June 24, 2011, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on May 27, 2011, at 1:30 p.m., for failure to comply with the Court's Order of February 18, 2011, and for failure to prosecute this action. A case management conference is also scheduled for June 24, 2011, at 1:30 p.m.

      IT IS SO ORDERED.

Dated: May 31, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge