UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA TRAMMEL, | No. C 11-0765 SI |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| STRATA AUCTION LLC, | |
| Respondent. | |

On May 31, 2011, plaintiff was ordered to appear in court on June 24, 2011 to show cause why this action should not be dismissed for plaintiff's failure to appear at a case management conference on May 27, 2011, for plaintiff's failure to comply with the Court's order of February 18, 2011, and for plaintiff's failure to prosecute this action. Plaintiff did not appear on June 24, 2011, nor has she contacted the court in any way concerning this order to show cause. Further, plaintiff has not filed proof that she has served defendant in this matter, which was filed on February 18, 2011.

Accordingly, this action is DISMISSED without prejudice for failure to prosecute. F.R.Civ.P. 41(b).

IT IS SO ORDERED AND ADJUDGED.

DATED: June 28, 2011

SUSAN ILLSTON
United States District Judge