UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA TRAMMEL, | No. C 11-0765 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STRATA AUCTION LLC, | |
| Defendant. / | |

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: June 28, 2011

SUSAN ILLSTON
United States District Judge